**E-filed 10/17/07**

65819-1-26
JOHN S. BURTON, ESQ. #60715
jsb@bvsllp.com
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA 95060
Telephone: (831) 425-5023
*Facsimile: (831) 427-3159*

Attorneys for Defendant KENNETH PINTO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | |
|---|---|
| JAMES ALLEN BUSH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH PINTO, et al,<br><br>　　　　Defendants. | Case No.: 5:07-CV-04241-JF<br><br>[~~PROPOSED~~]<br>**JUDGMENT ON ORDER DISMISSING ACTION** |

Pursuant to the Court's Order dismissing the above-referenced action, a copy of which is attached hereto, marked **Exhibit "A"** and by reference made a part hereof,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, KENNETH PINTO, have judgment against Plaintiff, JAMES BUSH, together with his costs of suit.

DATED: 10/16/07

_____
JEREMY FOGEL
Judge United States District Court

UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

CIVIL MINUTES

**Court Proceedings:** Show Cause Hearing, October 5, 2007
**Case Number:** CV-07-831-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JAMES BUSH V. SUNNYVALE POLICE DEPARTMENT, ET AL |
|---|---|
| | **PLAINTIFF**                    **DEFENDANT** |
| **Attorneys Present:** | **Attorneys Present:** |

PROCEEDINGS:
  Show cause hearing held. Plaintiff is not present.
  The Court dismisses this case and all related cases for failure to prosecute. The Court dismisses the following related cases: CV-07-3641-JF, CV-07-3942-JF, CV-07-4241-JF, CV-07-4261-JF and CV-07-4460-JF.

EXHIBIT "A"